UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASBIR SINGH RANDHAWA,

Petitioner,

v.

KRISTI NOEM, PAMELA BONDI, TODD
LYONS, LAURA HERMOSILLO, BRUCE
SCOTT,

Respondents.

CASE NO. 2:26-cv-00461-BAT

**ORDER EXTENDING TIME FOR PETITIONER TO FILE AN ATTORNEY'S FEES MOTION UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

On March 6, 2026, the Court granted the habeas petition and directed Petitioner to file any motion for fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, by April 6, 2026. Dkt. 12, at 8. EAJA provides that a fee application be submitted "within thirty days of final judgment in the action." 28 U.S.C. § 2412(d)(1)(B). For purposes of EAJA, "'final judgment' means a judgment that is final and not appealable, and includes an order of settlement." 28 U.S.C. § 2412(d)(2)(G). Because the United States is a party to this action, Respondents have sixty days from the entry of judgment to file a notice of appeal. See Fed. R. App. P. 4(a)(1)(B). Here, the thirty-day filing period would run upon the expiration of that appeal period on May 5, 2026, making Petitioner's statutory EAJA deadline June 4, 2026.

For this reason, the Court *sua sponte* extends the time by which to file any EAJA fee

ORDER EXTENDING TIME FOR
PETITIONER TO FILE AN ATTORNEY'S
FEES MOTION UNDER THE EQUAL
ACCESS TO JUSTICE ACT (EAJA) - 1

petition to the statutory deadline of **June 4, 2026**.

DATED this 23rd day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER EXTENDING TIME FOR
PETITIONER TO FILE AN ATTORNEY'S
FEES MOTION UNDER THE EQUAL
ACCESS TO JUSTICE ACT (EAJA) - 2